IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RALPH MALONE     PLAINTIFF

vs.                                              NO.   4:05-CV-0919  GTE

VINYL BUILDING PRODUCTS     DEFENDANT

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the stipulation for dismissal signed by plaintiff and counsel for defendant and electronically filed in the above-styled case as document no. 23 pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby ORDERED that the above-styled case should be and hereby is dismissed with prejudice, each party to bear his and its own costs.

DATED December 29, 2005.

_/s/ Garnett Thomas Eisele_____
U.S. DISTRICT COURT JUDGE